IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD C. KOLESAR,

    Plaintiff,                    1:19cv0228 Erie
                                  LEAD CASE

    v.

EVERYTHING KITCHENS LLC,

    Defendant

THOMAS KLAUS and
RONALD KOLESAR,
    Plaintiffs,                  1:19cv229 Erie
                                  CONSOLIDATED CASE

    v.

COLORFAST INC.,
    Defendant.

THOMAS KLAUS *and* RONALD C.
KOLESAR,
                                  1:19cv0234 Erie
    Plaintiffs,                  CONSOLIDATED CASE

    v.

BRITAX CHILD SAFETY, INC.,

    Defendant.

THOMAS KLAUS *and* RONALD C. KOLESAR,

        Plaintiffs,

        v.

DESIGN WITHIN REACH, INC.,

        Defendant.

1:19cv0236 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

        Plaintiff,

        v.

COLLECTIBLES TODAY NETWORK, LTD,

        Defendant.

1:19cv0237 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

        Plaintiff,

        v.

NABFLY, INC.,

        Defendant.

1:19cv0241 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

        Plaintiff,

        v.

FRAGRANCEX..COM INC.,

        Defendant.

1:19cv0242 Erie
CONSOLIDATED CASE

RONALD C. KOLESAR,

        Plaintiff,

                v.

PLOW & HEARTH, LLC,

        Defendant.

1:19cv0249 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

        Plaintiff,

                v.

LUXURY BRAND HOLDINGS, INC.,

        Defendant.

1:19cv0251 Erie
CONSOLIDATED CASE

---

RONALD C. KOLESAR,

        Plaintiff,

                v.

THRIFT BOOKSS GLOBAL, LLC.,

        Defendant.

1:19cv0254 Erie
CONSOLIDATED CASE

---

ROBERT JAHODA,

        Plaintiff,

                v.

EVITAMINS, LLC.,

        Defendant.

19cv1014
CONSOLIDATED CASE

ROBERT JAHODA,

        Plaintiff,

        v.

PRETTYLITTLETHING.COM USA, INC.,
PRETTYLITTLETHING.COM LTD,

        Defendants.

19cv1034
CONSOLIDATED CASE

---

ROBERT JAHODA,

        Plaintiff,

        v.

ANGARA, INC.,

        Defendant.

19cv1043
CONSOLIDATED CASE

---

ROBERT JAHODA,

        Plaintiff,

        v.

YVES ROCHER (USA), INC.,

        Defendant.

19cv1050
CONSOLIDATED CASE

---

ROBERT JAHODA,

        Plaintiff,

        v.

BLACK DIAMOND EQUIPMENT, LTD.,

        Defendant.

19cv1062
CONSOLIDATED CASE

THOMAS KLAUS, ROBERT JAHODA,

        Plaintiffs,                       19cv1064
                                                CONSOLIDATED CASE
        v.

STOKKE, L.L.C.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                         19cv1068
                                                CONSOLIDATED CASE
        v.

NORMARK CORPORATION *doing business as* RAPALA USA,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                         19cv1082
                                                CONSOLIDATED CASE
        v.

NORDIC WARE, INC.,

        Defendant.

---

THOMAS KLAUS, ROBERT JAHODA,

        Plaintiff,                         19cv1084
                                                CONSOLIDATED CASE
        v.

E&E CO., LTD,

        Defendant.

THOMAS KLAUS, ROBERT JAHODA,

       Plaintiffs,                19cv1903
                                                  CONSOLIDATED CASE
               v.

BOP LLC,

       Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos., 19-229 Erie, 19-234 Erie, 19-236 Erie, 19-237 Erie, 19-241 Erie, 19-242 Erie, 19-249 Erie, 19-251 Erie, 19-254 Erie, 19-1014, 19-1034, 19-1043, 19-1050, 19-1062, 19-1064, 19-1068, 19-1082, 19-1084, and 19-1093, are hereby consolidated with Civil Action No. 19-228 Erie, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 19-228 Erie.

3. The Clerk of Court shall close Civil Action Nos., 19-229 Erie, 19-234 Erie, 19-236 Erie, 19-237 Erie, 19-241 Erie, 19-242 Erie, 19-249 Erie, 19-251 Erie, 19-254 Erie, 19-1014, 19-1034, 19-1043, 19-1050, 19-1062, 19-1064, 19-1068, 19-1082, 19-1084, and 19-1093.

**SO ORDERED** this 4th day of September, 2019.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge